## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:19CV531** |
| **vs.** | |
| **$110,000.00 IN UNITED STATES CURRENCY,** | **THIRD AMENDED CASE PROGRESSION ORDER** |
| **Defendant.** | |
| **vs.** | |
| **JULIO MARTINEZ,** | |
| **Claimant.** | |

This matter is before the Court on the Claimant's Unopposed Motion for Extension of Time to Case Progression Order (Filing No. 56).  For good cause shown, the Court will grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Claimant's Unopposed Motion for Extension of Time to Case Progression Order (Filing No. 56) is granted, and the second amended case progression order is amended as follows:

1) The deadline for filing motions to suppress is **December 31, 2020**.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is **January 11, 2021**.

3) The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is **February 1, 2021**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **March 19, 2021**.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 16, 2021**.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

6)    The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **April 16, 2021**. Motions to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **April 30, 2021**.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

7)    The status conference on March 15, 2021, is cancelled. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **April 16, 2021**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

8)    The deadline for filing motions to dismiss and motions for summary judgment is **May 14, 2021**.

9)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10)   All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of November, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge