IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **$110,000.00 IN UNITED STATES CURRENCY,** **Defendant.** vs. **JULIO MARTINEZ,** **Claimant.** | 8:19CV531 SIXTH AMENDED CASE PROGRESSION ORDER |

This matter is before the Court on the plaintiff's Motion to Extend Progression Order Deadlines (Filing No. 88). For good cause shown, the Court will grant the requested extensions for all unexpired deadlines. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Extend Progression Order Deadlines (Filing No. 88) is granted, and the fifth amended case progression order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **December 16, 2021**.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **December 16, 2021**. Motions to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **December 30, 2021**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3) The planning conference on September 17, 2021, is cancelled. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **December 17, 2021**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **January 14, 2022**.

5) The deadline for filing motions to dismiss and motions for summary judgment is **January 14, 2022**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of July, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge