IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CV-531 |
| vs. | MEMORANDUM AND ORDER |
| $110,000.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 90) recommending that the Court deny claimant Julio Martinez's motion to suppress (filing 77). The claimant has not objected to the Magistrate Judge's findings and recommendation.

Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The claimant was expressly advised that he had 14 days to object and "[f]ailure to timely object may constitute a waiver of any objection." Filing 90 at 10. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will adopt the Magistrate Judge's recommendation that the claimant's motion to suppress be denied, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 90) are adopted.

2. The claimant's motion to suppress (filing 77) is denied.

Dated this 10th day of August, 2021.

BY THE COURT:

*[signature]*

John M. Gerrard
United States District Judge